**Lucy GOFORTH et al., Appellants,**

**v.**

**M. F. KNUCKLES, Appellee.**

Court of Appeals of Kentucky.

June 17, 1955.

Floyd Taylor, Pineville, for appellant.

W. R. Knuckles, Pineville, for appellee.

PER CURIAM.

This case involves title to a tract of 30 acres of mountain land, the value of which is not stated. Although the case is not expressly here on motion for an appeal under KRS 21.060, we have treated it as if it were because that is the only basis on which we would have jurisdiction to review the record.

Finding no error and approving the judgment, the motion for an appeal is overruled and the judgment is affirmed.